# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5309421 | Roper | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 01/05/2022  1300 | 36 CFR 261.58(a) |

**Place of Offense:** FR 9816

**Offense Description: Factual Basis for Charge**   HAZMAT ☐

Camping for more than 14 days in 30 day period

### DEFENDANT INFORMATION
Phone: ___

| Last Name | First Name | M.I. |
|---|---|---|
| Breon | John | R |

Street Address: ___

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Parker | CO | 80138 | ___, 1965 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| ___ | | CA | 8914 |

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Gry   Eyes: Blu   Height: 5-9   Weight: 230

### VEHICLE   VIN: ___   CMV ☐

| Tag | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| ___ | KS | '05 | Dodge Caravan | | Silver |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions

$ ___ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT →**   www.cvb.uscourts.gov
$ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| ___ | ___ |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: In Custody

Original - CVB Copy

*F5309421*

Previous edition is obsolete                FS-5300-4 (1/2020)

22-0400-MJ-01-PCT-CDB

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __January 5__, 20 __22__ while exercising my duties as a law enforcement officer in the __—__ District of __Arizona__

_____See Attached_____

The foregoing statement is based upon:

✓ my personal observation    ✓ my personal investigation

___ information supplied to me from my fellow officer's observation

✓ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __01/05/2022__   __C. R_____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __Camille D. Bibles__ Digitally signed by Camille D. Bibles
Date: 2022.01.06 09:57:46 -07'00'
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident, PASS= 9 or more passenger vehicle.
CDL= Commercial drivers license, CMV= Commercial vehicle involved in incident



| USDA | STATEMENT OF PROBABLE CAUSE | CASE NUMBER |
| Forest Service | | F5309421 |

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 8375 State Route 179, PO Box 20429, Sedona, AZ 86341 |

I state than on January 5, 2022 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol within the jurisdiction of the Coconino National Forest.

I was patrolling Forest Route (FR) 9816 when I observed a dog off leash come running towards me (a violation of Yavapai County Ordinance). The owner, later identified by word of mouth and law enforcement records check as John BREON, came over to put his dog on a leash. BREON stated that he may be over his 14-day stay limit, but he was waiting to hear back from his boss about when he was going to start work again. He stated that he arrived on the forest on 12/24/2021. BREON explained that he had camped on the National Forests in this area over the past few winters between working jobs in the area. BREON stated that he had previously been contacted by US Forest Service employees and was familiar with the rules around camping.

BREON's story was partially supported by an entry in the Land in Hand phone application ("14-day app") that tracks vehicles and USFS interactions with campers throughout the Coconino National Forest. BREON's vehicle was recorded on the Coconino National Forest on December 12th and 19th 2021. The 14-day app shows that BREON was contacted by a USFS employee on 12/12/2021. BREON told me that he did not stay anywhere but the Coconino National Forest since his arrival, which means he had been camping for at least 25 days. BREON later told me that he had a new job starting on January 10, 2022 and that he was planning to leave on that date, which means that he intended to stay on the forest for at least 30 days. BREON stated that he finished up some work in Gilbert before his arrival on the forest and that he was staying here until he heard back about a new job. BREON stated that he thought he was over the stay limit, but he decided to stay until he could get paid again. BREON said that he moves throughout the year from job to job. He normally stays in hotels, but he likes camping in this area and so he decided to come back and camp for a third winter.

While speaking with BREON I noticed an empty marijuana dispensary container sitting on the table right next to him. BREON stated it wasn't his but that there was some in his vehicle. I performed a search of his vehicle and located the three roaches as well as two THC product containers.

BREON claimed to not have a physical driver's license in his possession, and he claimed that he had a photo of it on his phone but his phone was dead and could not be charged. BREON did provide me with a date of birth and CA driver's license number. BREON stated that his only previous interaction with law enforcement was a resolved DUI case out of Colorado. When performing a records check on BREON, he was found to have 6 different AKA birthdays on record, as well as a felony warrant for a failure to appear for a marijuana possession charge with full extradition in the state of Arizona and an extensive criminal history. This information led me to believe that BREON was being less than truthful about his past criminal actions as well as about the violations that I interviewed him about that day.

Given BREON's knowledge and yet disregard of multiple forest regulations (sanitation, stay limit), and his history of not appearing in court as required, I decided to take BREON into custody rather than release him with citations.

BREON was arrested and charged via violation notice for a violation 36 CFR 261.58 (a), camping for a period longer than allowed by order -14 days in a 30 day period, per forest order # 03-04-20-18. BREON was also charged with maintaining an unsanitary condition and possession of marijuana, and he was issued a warning for residing on National Forest System lands and for his outstanding federal warrant.

The foregoing is based upon:



| **USDA** | **STATEMENT OF PROBABLE CAUSE** | CASE NUMBER |
|---|---|---|
| **Forest Service** | | **F5309421** |

_X_  My personal observations.
___  My personal investigation.
___  Information supplied to me from a fellow officer's observations.
___  Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on January 5, 2021

*C. Roper*

*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2022.01.06 09:58:11 -07'00'

_____          _____
*(Date)*                          *(United States Magistrate-Judge)*

\*\*Works at restaurant on corner of Soldier's Pass and 89A. Pics of state land permit as discovery

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5309422 | Roper | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01/05/2022 1300
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 261.11 (b)

Place of Offense: Forest Route 9816

Offense Description: Factual Basis for Charge — HAZMAT ☐
Possess or leave refuse, debris, or litter in an exposed or unsanitary condition

### DEFENDANT INFORMATION
Phone: (

Last Name: Breon
First Name: John
M.I.: R

Street Address:

City: Parker
State: CO
Zip Code: 80138
Date of Birth (mm/dd/yyyy): 1965

Drivers License No.: —
CDL ☐
D.L. State: CA
Social Security No.: 8914

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: Gry   Eyes: Blu   Height: 5-9   Weight: 230

### VEHICLE   VIN:   CMV ☐

Tag No.: —
State: KS
Year: 05
Make/Model: Dodge Caravan
PASS ☐
Color: Sil

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: In custody

Original - CVB Copy

*F5309422*

Previous edition is obsolete
FS-5300-4 (1/2020)

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 5, 2022 while exercising my duties as a law enforcement officer in the ___ District of Arizona

See attached

The foregoing statement is based upon:

✓ my personal observation  ✓ my personal investigation

___ information supplied to me from my fellow officer's observation

✓ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/05/2022   C. Roper
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2022.01.06 09:56:52 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident



## USDA   STATEMENT OF PROBABLE CAUSE
### Forest Service

CASE NUMBER
**F5309422**

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 8375 State Route 179, PO Box 20429, Sedona, AZ 86341 |

I state than on January 5, 2022 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol within the jurisdiction of the Coconino National Forest.

I was patrolling Forest Route (FR) 9816 when I observed a dog off leash come running towards me (a violation of Yavapai County Ordinance). The owner, later identified by word of mouth and law enforcement records check as John BREON, came over to put his dog on a leash. BREON stated that he may be over his 14-day stay limit, but he was waiting to hear back from his boss about when he was going to start work again. BREON explained that he had camped on the National Forests in this area over the past few winters between working jobs in the area. BREON stated that he had previously been contacted by US Forest Service employees and was familiar with the rules around camping.

While speaking with BREON I noticed trash strewn throughout his campsite. He told another employee with me that he burns his toilet paper in his fire pit, where he also had a beer box, a beverage can, several other pieces of paper and trash, and various other items strewn about his site. BREON also admitted that there was dog poop left exposed in the bushes surrounding his site. After arresting BREON the other USFS employee and I cleaned up the site and filled a large black trash bag more than halfway with trash and other belongings that had been strewn about his site. This was in addition to a trash bag full of partially rotting food on the roof of his car, eggs sitting in the sun on his windshield wipers, a fire with hot coals in it, and his camp chair and table that both had items resting on them.

During my initial conversations with BREON I observed an empty marijuana dispensary container sitting on the table right next to him. BREON stated it wasn't his but that there was some in his vehicle. I performed a search of his vehicle and located the three roaches as well as two THC product containers.

BREON claimed to not have a physical driver's license in his possession, and he claimed that he had a photo of it on his phone but his phone was dead and could not be charged. When performing a records check on BREON, he was found to have 3 different birthdays on record, as well as a felony warrant for a failure to appear for a marijuana possession charge with full extradition in the state of Arizona.

Given BREON's knowledge and yet disregard of multiple forest regulations (sanitation, stay limit), and his history of not appearing in court as required, I decided to take BREON into custody rather than release him with citations.

BREON was arrested and charged via violation notice for a violation of 36 CFR 261.11 (b), Possessing or leaving refuse, debris, or litter in an exposed or unsanitary condition. BREON was also charged with a stay limit violation and for maintaining an unsanitary condition, and he was issued a warning for residing on National Forest System lands and for his outstanding federal warrant.

The foregoing is based upon:



| **USDA** | **STATEMENT OF PROBABLE CAUSE** | CASE NUMBER |
|---|---|---|
| **Forest Service** | | **F5309422** |

_X_  My personal observations.
___  My personal investigation.
___  Information supplied to me from a fellow officer's observations.
___  Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on January 5, 2021

*C. Roper*

*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

**Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.01.06 09:57:17 -07'00'

_____
*(Date)*

*(United States Magistrate-Judge)*

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5309423 | Roper | 2331 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 1/5/2022 1300

Offense Charged: ~~CFR~~ USC ☐ State Code
~~36 CFR 261.~~ 21 USC 844

Place of Offense: FR 9816

Offense Description: Factual Basis for Charge    HAZMAT ☐
Possession of controlled substance - marijuana

### DEFENDANT INFORMATION
Phone:
- Last Name: Breon
- First Name: John
- M.I.: R
- Street Address:
- City: Parker
- State: CO
- Zip Code: 80138
- Date of Birth (mm/dd/yyyy): -/-/1965
- Drivers License No.: _ _
- CDL ☐
- D.L. State: CA
- Social Security No.: -8914

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Gry   Eyes: Blu   Height: 5-09   Weight: 230

### VEHICLE   VIN:                                                    CMV ☐
| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | KS | '05 | Dodge Caravan |  | Sil |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____   Forfeiture Amount
+ $30   Processing Fee

**PAY THIS AMOUNT AT →** www.cvb.uscourts.gov
$ _____   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy):
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: In custody

Original - CVB Copy

*F5309423*

FS-5300-4 (1/2020)
Previous edition is obsolete

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **January 5**, 20 **22** while exercising my duties as a law enforcement officer in the _____ District of **Arizona**

See Attached

The foregoing statement is based upon:

✓ my personal observation       ✓ my personal investigation

___ information supplied to me from my fellow officer's observation

✓ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: **01/05/2022**       **C. Roper**
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on: _____ **Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2022.01.06 09:56:00 -07'00'
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT**= Hazardous material involved in incident, **PASS**= 9 or more passenger vehicle
**CDL**= Commercial drivers license  **CMV**= Commercial vehicle involved in incident

Page 1 of 2



## USDA    STATEMENT OF PROBABLE CAUSE
**Forest Service**

CASE NUMBER
**F5309423**

| FOREST | ADDRESS |
|---|---|
| Coconino National Forest | 8375 State Route 179, PO Box 20429, Sedona, AZ 86341 |

I state than on January 5, 2022 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol within the jurisdiction of the Coconino National Forest.

I was patrolling Forest Route (FR) 9816 when I observed a dog off leash come running towards me (a violation of Yavapai County Ordinance). The owner, later identified by word of mouth and law enforcement records check as John BREON, came over to put his dog on a leash. BREON stated that he may be over his 14-day stay limit, but he was waiting to hear back from his boss about when he was going to start work again. BREON explained that he had camped on the National Forests in this area over the past few winters between working jobs in the area. BREON stated that he had previously been contacted by US Forest Service employees and was familiar with the rules around camping.

While speaking with BREON I noticed an empty marijuana dispensary container sitting on the table right next to him. BREON stated that it was not his and it must have been left by one of his friends that came over the night before. BREON did admit to having marijuana in his vehicle. I performed a search of his vehicle and located the three roaches that he told me about as well as two empty containers labeled as THC products from a marijuana dispensary.

BREON claimed to not have a physical driver's license in his possession, and he claimed that he had a photo of it on his phone but his phone was dead and could not be charged. When performing a records check on BREON, he was found to have 3 different birthdays on record, as well as a felony warrant for a failure to appear for a marijuana possession charge with full extradition in the state of Arizona.

BREON was arrested and charged via violation notice for a violation of 21 USC 844, possession of a controlled substance - marijuana. BREON was also charged with a stay limit violation and for maintaining an unsanitary condition, and he was issued a warning for residing on National Forest System lands and for his outstanding felony warrant.

The foregoing is based upon:



| USDA<br>Forest Service | STATEMENT OF PROBABLE CAUSE | CASE NUMBER<br>F5309423 |
|---|---|---|

_X_  My personal observations.
_X_  My personal investigation.
___  Information supplied to me from a fellow officer's observations.
_X_  Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on January 5, 2022

*C. Roper*

*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

**Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.01.06 09:56:26 -07'00'

_____
*(Date)*

*(United States Magistrate-Judge)*